**United States Pretrial Services**

United States District Court
Central District of California

FILED
2011 JAN 24 PM 1:11

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
NG

George M. Walker
Chief U.S. Pretrial Services Officer

Jill F. McClain
Deputy Chief U.S. Pretrial Services Officer



## PASSPORT RECEIPT

Defendant's name: Cole, Carlyle Lee

Name on passport, if different:

Passport number: 03904278

Country of origin: United States

Date passport issued: May 26, 2005

Expiration date of passport: May 25, 2015

Ordered by court in the Central District of California or (district) _____

Docket Number: 2:11mj00159

Surrendered by and date (print and sign): Carlyle Cole 1/24/11

Received by and date (print and sign): Ileen DeGonia 1/24/11

Returned to and date (print and sign):

Returned by and date (print and sign):

Purpose returned:

Address (if mailed):

CAC PSA 41 12/06

[ X ] HQ & Supervision Unit

U.S. Courthouse
312 North Spring Street, Room 754
Los Angeles, CA 90012-4708
213-894-4726 / FAX 213-894-0231

[ ] Investigation Unit

Edward R. Roybal Federal Building
255 East Temple Street, Room 1178
Los Angeles, CA 90012-3326
213-894-5568 / FAX 213-894-8892

[ ] Santa Ana Branch

Ronald Reagan Federal Building
411 West Fourth Street, Room 4070
Santa Ana, CA 92701-4596
714-338-4550 / FAX 714-338-4570

[ ] Riverside Branch

George E. Brown, Jr. Courthouse
3470 Twelfth Street, Room 161
Riverside, CA 92501
951-328-4490 / FAX 951-328-4489